FILED
2024 Feb-15 PM 05:47
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

FILED 2024 FEB -9 A 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

Jessie James Watkins
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Phyllis Morgan, warden
Lieutenant Harris
Col Frazier

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. 2:24cv178-LSC-JHE
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Jessie James Watkins |
| All other names by which you have been known: | |
| ID Number | 162112 |
| Current Institution | William E. Donaldson Correctional Facility |
| Address | 100 Warrior Lane |
| | Bessemer (City) AL (State) 35023 (Zip Code) |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Phyllis Morgan Warden III |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | State of Alabama (D.O.C.) |
| Address | 100 Warrior Lane |
| | Bessemer (City) AL (State) 35023 (Zip Code) |

☒ Individual Capacity ☒ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Harris |
| Job or Title *(if known)* | Correctional Lieutenant |
| Shield Number | |
| Employer | State of Alabama (D.O.C.) |
| Address | 100 Warrior Lane |
| | Bessemer (City) AL (State) 35023 (Zip Code) |

☐ Individual Capacity ☐ Official Capacity

Defendant No. 3

Name: Frazier Co1

Job or Title *(if known)*: Correctional officer C1

Shield Number:

Employer: State of Alabama C.D.O.C.

Address: 100 Warrior Lane

Bessemer — City; AL — State; 35023 — Zip Code

☐ Individual Capacity ☐ Official Capacity

Defendant No. 4

Name:

Job or Title *(if known)*:

Shield Number:

Employer:

Address:

City State Zip Code

☐ Individual Capacity ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eight Amendment to the United States Constitution

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

• All defendants work for the State of Alabama, department of Corrections

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At the W.E. Donaldson Correctional Facility, N-Dorm, April 14th 2023

C. What date and approximate time did the events giving rise to your claim(s) occur?

On April 14th 2023 at or around 4:30 Am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached sheets

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I was stabbed in the Leg and the main artery was hit and I almost bled to death.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Extra sheets

EXTRA SHEET (a)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSIE J.WATKINS

plaimtiff

CASE ç______________________

V.

PHYLLIS,WARDEN III
STATE PRISON,BESSEMER ALABAMA:

JURY TRIAL DEMAND

LIEUTENANT HARRIS AT
THE STATE PRISON ADOC
AND CO1 FRAZIER CORRECTIONAL
OFFICER AT DONALDSON CORRECTIONAL
FACILITY,IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES

DEFENDANTS.

INTRODUCTION:

THIS IS A CIVIL ACTION FILED BY JESSIE JAMES WATKINS,A STATE PRISONER,FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C.SECTION 1983,ALLEGING THAT HE WAS/IS EXPOSED TO SERIOUS HEALTH AND SAFTY HAZARDS AND WAS INJURED WHILE DEFENDANTS WERE ACTING UNDER THE COLOR OF STATE LAW.AND THAT DEFENDANTS ACTED WITH "DELIBERATE INDIFFERENCE"IN VIOLATION OF THE EIGHT (8nth) AMENDMENT TO THE UNITED STATES CONSTITUTION WHEN DEFENDANTS KNEW OF THE RISKS BUT FAILED TO TAKE REASONABLE ACTION TO REMEDY OR CURB RISKS.PLAINTIFF ALSO DAMAGES UNDER STATE LAW TORT ""NEGLIGENCE"PLAINTIFF REQUESTS A JURY TRIAL.

JURISDICTION:

1.THIS COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C.SECTION 1331 (a) AND 1343.

2.THE COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S STATE LAW TORT CLAIMS UNDER 28 U.S.C.SECTION 1367 PLAINTIFF REQUESTS THAT THIS COURT EXERCISE THAT JURISDICTION IN THIS CASE.

PARTIES:

3.PLAINTIFF JESSIE JAMES WATKINS IS PRESENTLY INCARCERATED AT THE WILLIAM E.DONALDSON CORRECTIONAL FACILITY LOCATED IN BESSEMER ALABAMA.

4.DEFENDANT PHYLLIS MORGAN IS THE WARDEN AT THE W.E.DONALDSON CORRECTIONAL FACILITY AND IS RESPONSIBLE FOR THE OPERATION - TRAINING OF OFFICERS AND THE MANAGEMENT OF THE PRISON,SHE IS ULTIMATIMATELY RESPONSIBLE FOR THE TRAINING AND SUPERVISION OF THE CORRECTIONAL PERSONNEL EMPLOYED AT DONALDSON.SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITIES.

5.DEFENDANT HARRIS AN AGENT OF DEFENDANT MORGAN IS A LIEUTENANT AT THE PRISON AND WAS THE OFFICER-IN-CHARGE OF THE 6 p.m. to 6 a.m. SHIFT OF CORRECTIONAL OFFICERS ON APRIL 14th 2023. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

6.DEFENDANT FRAZIER,AN AGENT OF DEFENDANT MORGAN IS A CORRECTIONS OFFICER AT W.E.DONALDSON CORRECTIONAL FACILITY.

7.ALL DEFENDANTS HAVE ACTED UNDER "COLOR OF STATE LAW"DURING ALL TIMES RELEVANT TO THIS COMPLAINT.

FACTS:

8.ON APRIL 14th 2023 PLAINTIFF WAS LOCKED IN N-DORM WITH AT LEAST A HUNDRED AND TWENTY-FIVE (125)OTHER INMATES,WITHOUT ANY SECURITY PERSONNEL IN THE DORM OR IN THE CUBICLE WHEN THREE (3)INMATES WITH KNIVES CAME TO MY AREA AND DEMANDED THAT I GIVE THEM ALL MY CANTEEN ITEMS ONE OF THEM SAID THAT I WAS'NT MOVING FAST ENOUGH THEN STABBED PLAINTIFF IN THE RIGHT LEG - HITTING THE MAIN ARTERY CAUSING HIM TO BLEED PROFUSELY,INMATES

IN THE DORM STARTED KICKING ON THE FRONT DOOR AND BEATING ON THE WINDOWS,TRYING TO GET HELP FROM THE OFFICER IN THE GUARD SHACK ,WHICH IS LOCATED NEXT TO THE GUARD SHACK ABOUT !% FEET AWAY FROM N-DORM.AN INMATE WHO WAS LEAVING THE KITCHEN AFTER HIS SHIFT ENDED ,HEARD ALL THE NOISEAND RAN TO THE GUARD SHACK AND FOUND THE OFFICER AND THE INMATE RUNNER BOTH ASLEEP WHEN OFFICER FRAZIER DID WAKE UP AND COME TO THE DORM PLAINTIFF HAD LOST SO MUCH BLOOD THAT HE LOST CONSCIEOUSNESS.PLAINTIFF WAS TAKEN TO THE INFIRMARY AND THEN TRANSPORTED TO U.A.B.HOSPITAL FOR TREATMENT .

9.OVER THE LAST PAST TWO YEARS MORE PEOPLE HAVE BEEN STABBED, CUT AND KILLED IN N-DORM THAN ANY OTHER DORM IN THIS PRISON.

10.DEFENDANT MORGAN HAS NOT PUT IN PLACE ANY POLICY OR PROCEDURE TO CURB THE VIOLANCE.

11.THERE WAS NO SECURITY OR WELLNESS CHECKS CONDUCTED IN N-DORM AFTER THE DOORS WERE LOCKED.

## CLAIMS

### FIRST CAUSE OF ACTION

12.THE FAILURE OF THE DEFENDANTS TO ACT IN A REASONABLE MANNER TO THE KNOWN RISKS OF PHYSICAL HARM OR DEATH TO INMATES IN - N-DORM AND THE REST OF THE SOUTH-SIDE CONSTITUTES "DELIBERATE INDIFFERANCE"AND EXPOSED PLAINTIFF TO AN UNREASONABLE RISK OF SERIOUS HARM IN VIOLATION OF THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION.

THE FAILURE OF ALL DEFENDANTS TO PERFORM THEIR PRESCRIBED DUTIES WHICH THEY TOOK AN OATH TO UPHOLD CONSTITUTES THE TORT OF NEGLIGENCE UNDER ALABAMA LAW.PLAINTIFF REQUESTS THE COURT EXERCISE IT'S JURISDICTION OVER THE STATE TORTS AS WELL AS THE CONSTITUTIONAL VIOLATIONS.

RELIEF SOUGHT:

WHEREFORE,PLAINTIFF REQUEST THAT THE COURT GRANT THE FOLLOW-ING RELIEF:

A.ISSUE A DECLARATORY JUDGMENT STATING THAT:

1.THAT THE DEFENDANTS "DELIBERATE INDIFFERANCE"EXPOSED PLAINTIFF TO UNREASONABLE RISK OF SERIOUS PHYSICAL INJURY VIOLATED PLAINTIFFS RIGHT S UNDER THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION.

B.ISSUE AN INJUNCTION ORDERING DEFENDANT MORGAN TO PUT MEASURES IN PLACE THAT WILL BETTER PROTECT THE INMATES IN THE DORMS O ON THE SOUTHSIDE OF THE PRISON.

C.AWARD CONPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:

!.$250,000.JOINTLY AND SEVERALLY AGAINT DEFENDANTS MORGAM,HARRIS AND FRAZIER FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF DEFENDANTS ACTIONS AND OMISSIONS.

D.AWARD $50,000.JOINTLY AND SEVERALLY AGAINST ALL DEFENDANTS IN PLAINTIFF'S STATE TORT CLAIM OF NEGLIGENCE.

E.AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:

1.$10,000.EACH AGAINST DEFENDANTS MORGAN,HARRIS AND FRAZIER.

F.GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITTLED.

DATE: 02/06/2024

RESPECTFULLY SUBMITTED,

Jessie James Watkins 162112

JESSIE JAMES WATKINS ç162112-N-42
100 WARRIOR LANE
BESSEMER,AL 35023

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

JESSIE JAMES WATKINS

PLAINTIFF,

case no;

V.

PHYLLIS MORGAN,WARDEN

LT.HARRIS

CO1 frazier

defendamts.

MOTION FOR PRODUCTION OF DOCUMENTS

COMES NOW THE PLAINTIFF,JESSIE J.WATKINS PURSUANT TO RULE 26 (a)(1)(a) FED.R.CV.P.AND MOVES THIS HONORABLE COURT TO ISSUE AN ORDER DIRECTING DEFENDANTS TO PROVIDE TO PLAINTIFF THE FOLLOWing documemts nto winht;

1.RETRIVE AND COPY THE SECURITY CAMERA FOOTAGE FOR THE DATE OF APRIL 14mth 2023 AND SEND IT TO THIS COURT FOR INSPECTION AND TO HOLD AS EVIDENCE IN THIS CASE.

2.A COPY OF THE INCIDENT REPORT IN THIS MATTER OF PLAINTIFF'S STABBING.

3.A COPY OF PLAINTIFF'S MEDICAL RECORDS FROM U.A.B.HOSPITAL.

4.A COPY OF THE SHIFT LOG.

5.A COPY OF THE DISCIPLINARY REPORT OF THE INMATES WHO WERE-FOUNF GUILTY OF ROBBING AND STABBING PLAINTIFF.

6.A COPY OF THE REGULATION PERTAINING TO THE SECURITY OF INMATES IN THE DORMITORIES AT DONALDSON PRISON.

DATE: 02/06/2024

RESPECTFULLY SUBMITTED,BY

Jessie J. Watkins #162112

JESSIE J.WATKINS ç162112-

100 WARRIOR LANE

BESSEMER,AL 35023-7299

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

William E. Donaldson Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No N/A

☐ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

at the time there was no grievance procedure at this prison

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes N/A

   ☒ No

If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Jessie James Watkins

Prison Identification #: 162112

Prison Address: 100 Warrior Lane

Bessemer (City) AL (State) 35023 (Zip Code)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 06/24 (Date)

Jessie James Watkins #162112
Signature of Plaintiff