# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JESSIE JAMES WATKINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-00178-MHH-JHE |
| PHYLLIS MORGAN, Warden et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Jessie James Watkins filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. (Doc. 1). Defendants Warden Phyllis Morgan, Lieutenant Harrison, and Officer Frazier filed a special report, which the magistrate judge deemed a motion for summary judgment. (Docs. 25, 26). The magistrate judge gave Mr. Watkins an opportunity to respond to the motion, (Doc. 26); the Court has not received a response from Mr. Watkins.

On December 16, 2025, the magistrate judge entered a report in which he recommended that the Court grant the motion for summary judgment. (Doc. 27). In his report, the magistrate judge advised the parties of their rights to file written objections to the report and recommendation within 14 days. (Doc. 27). To date, the Court has not received objections.

Having considered the materials in the electronic record in this case, the Court adopts the magistrate judge's report and accepts his recommendation. The Court finds Mr. Watkins allegations about the violence in N-Dorm at Donaldson Correctional Facility concerning, (Doc. 1, pp. 7-8), but Mr. Watkins did not respond to the defendants' summary judgment motion, and he did not offer in his complaint a specific example of an instance of violence in that dorm that occurred before his stabbing. Mr. Watkins does not contend that one or more of the defendants was in the dorm when he was stabbed. (Doc. 1). Therefore, the Court agrees with the magistrate judge's finding that the defendants are entitled to judgment in their favor on Mr. Watkins's claims. The Court adopts the magistrate's judge's report. Accordingly, by separate order, the Court will grant the defendants' motion for summary judgment.

**DONE** and **ORDERED** this February 24, 2026.

_Madeline H. Haikala_
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE